Jared Lockwood
(Name)

53250-039
(Institution Register No.)

P.O.Box 1000
Leavenworth, KS 66048
(Current Mailing Address)

FILED
FEB 08 2022
Clerk, U.S. District Court
By_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Jared Lockwood, Plaintiff
(Full and Correct Name)

vs.

Michael Smith
D. Hudson, Warden
Kristine Aulepp, Defendants

CASE NO. 22-3027-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 28 U.S.C. 1331

## A. JURISDICTION

1) Jared Lockwood, is a resident of Michigan
   (Plaintiff)                              (State of residency prior to incarceration)

   who presently located at Usp Leavenworth
   (Mailing address or place of confinement.)

2) Defendant Michael Smith is a resident of
   (Name of first defendant)

   Unknown, and is employed as
   (City, State)

   Assistant Director of Health Services for FBOP, and may be
   (Position and title, if any)

   located at Unknown. At the time the claim(s) alleged
   (Address for service of process)

   in this complaint arose, was this defendant acting under the color of state law? Yes ☐ No ☒

   If your answer is "Yes", briefly explain: _____

XE-2 (F)    CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

1

3) Defendant <u>D. Hudson</u> is a resident of
   (Name of first defendant)

   <u>Unknown</u>, and is employed as
   (City, state)

   <u>Warden of USP Leavenworth</u>, and may be located at
   (Position and title, if any)

   <u>1300 Metropolitan Ave. Leavenworth, KS 66048</u>. At the time the
   (Address for service of process)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☒. If your answer is "Yes", briefly explain:

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1331(3). (If you wish to assert jurisdiction under different or additional statuses, you may list them below.)

   <s>None</s>

   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   <s>See next page</s>

   See attachment: Nature Of The Case

   _____

Defendant <u>Kristine Aulepp</u> is a resident of <u>Unknown</u>, and is employed as <u>Chief Physician</u>, and may be located at <u>1300 Metropolitan Ave.   Leavenworth, KS 66048</u>.

At the time the claims alleged in this complaint arose, the defendant was <u>NOT</u> acting under color of state law.

## NATURE OF THE CASE

Since July of 2021 I have been seeking MAT (medication assisted treatment) and have been either ignored or told that MAT is not a priority despite the fact that several opioid overdoses have occurred including an inmate death on 1-13-2022 in Unit A of USP Leavenworth.

On 12-13-2021 I began requesting medical care to treat the opioid withdrawals that I was experiencing and let medical know that I was in severe pain, unable to retain food or water, and had a history of vomiting blood due to severe opioid withdrawals.

My withdrawals did in fact become so bad that early in the morning on 12-14-2021 I began throwing up blood.

Numerous medical staff members, including PA Petersen, Dr. Clark, and Dr. Aulepp have ignored my requests for treatment.

I am being denied the same level of care that other inmates have received at this institution in the past and are currently receiving at other institutions throughout the Bureau of Prisons.

C. CAUSE OF ACTION

1) I allege that my claims arise under the following constitutional provisions or laws of the United States and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Deliberate Indifference__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

__See attachment__

B) (1) Count II: __Violation of Equal Protections Clause__

(2) Supporting Facts: __See attachment__

C) (1) Count III: __None__

COUNT I: DELIBERATE INDIFFERENCE
SUPPORTING FACTS

In July of 2021 i arrived at USP Leavenworth and signed up for the MAT program. Ultimately Dr. Wiseman placed me on the list to receive Vivitrol and i was just waiting to begin the program.
It has now been 7 months, i have received no treatment, and have been told that MAT is not a priority.
Several months ago i relapsed and have become physically dependant on opioids.
On 12-13-2021 i asked medical staff members PA Petersen, Dr. Clark, and Dr. Aulepp for help in treating my opioid withdrawals and dependency. I expressed the fact that i was in pain, unable to retain food or water, and that i had a history of vomiting blood due to severe withdrawal symptoms.
Early in the morning the following day, 12-14-2021, I did in fact begin throwing up blood.
On 12-16-2021 I met with Dr. Wiseman for counseling and he emailed medical on my behalf and requested that they provide me with treatment.
On 12-19-2021 I requested treatment of my opioid withdrawals using a buprenorphine type medication called Sublocade. Sublocade is an abuse free, once a month injection, is offered at other federal institutions and would completely treat my opioid dependency and withdrawal symptoms.
On 1-3-2022, PA Petersen told me that the only available option for MAT care is Vivitrol.
Vivitrol is a preventative medication, does not treat opioid withdrawals or dependency, and requires almost two weeks of sobriety before it can be administered.
I am currently stuck in a crippling cycle of using, withdrawaling, and using again so as not to be in pain and am unable to obtain the nearly two weeks required to receive Vivitrol.
Defendants are refusing to provide treatment of a serious medical need and this harm is likely to continue without intervention from the court.

## COUNT II: VIOLATION OF EQUAL PROTECTIONS CLAUSE
## SUPPORTING FACTS

In July of 2021 i arrived at USP Leavenworth and signed up for MAT (medication assisted treatment) care.
I have been waiting 7 months now and have received no treatment.
I relapsed several months ago and am currently dependent on opioids.
On 12-19-2021 i requested treatment of my opioid withdrawals with an abuse free type of buprenorphine medication called Sublocade.
On 1-3-2022, PA Petersen told me that the only available option for MAT care at this facility is Vivitrol.
I am unable to obtain the nearly two weeks of sobriety required to begin Vivitrol treatment because Vivitrol does not treat the symptoms of opioid dependency or withdrawals.
In 2019, buprenorphine was prescribed to inmate Leaman Crews during his stay at USP Leavenworth.
Other similarly situated inmates throughout the bureau of prisons are being prescribed buprenorphine type medications to treat their opioid dependency and withdrawals, but i am being denied this form of treatment.
This harm is likely to continue without intervention from the court.

(2) Supporting Facts: __None__

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☒ . If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: __None__

        Defendants: __None__

    b) Name of court and docket number __None__

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __None__

    d) Issues raised __None__

    e) Approximate date of filing lawsuit __None__

    f) Approximate date of disposition __None__

E. ADMINISTRATIVE RELIEF

1) Have you presented all grounds for relief raised in this complaint by way of BP-9, BP-10, and BP-11 grievances? Yes [x] No [ ].

2) If your answer to (1) is "Yes", state the date of disposition, result and reasons given for the administrative decision **BP-8, BP-9 filed. Emergency relief requested because imminent harm/irreparable injury may occur.**

3) If your answer to (1) is "No", list each ground not fully presented through the administrative grievance process and explain why it was not _____

4) Describe all other procedures you have used (such as tort claim or Parole Commission administrative appeals procedures) to exhaust administrative remedies as to each issue raised. **Tort Claim**

F. REQUEST FOR RELIEF

5) I believe that I am entitled to the following relief:
**See attachment: Request for Relief**

_NoNE_
Signature of Attorney (if any)

_[signature]_
Signature of Petitioner

(Attorney's full address and telephone number)

XE-2 (F)        CIVIL RIGHTS COMPLAINT (28 U.S.C. §1331)

5

REQUEST FOR RELIEF

Plaintiff respectfully requests that this court enter jungment granting plaintiff:

A declaration that the acts and omissions described herein violated plaintiffs rights under the Constitution and laws of the United States.

A preliminary and permanent injunction ordering defendants to provide adequate medication assisted treatment in regards to my opioid dependency and withdrawals, specifically by allowing me to receive Sublocade or a suitable alternative so as to allow detoxification with minimal physiological discomfort.

Defendants Pay for plaintiffs costs in this suit.

Any additional relief this court deems just, proper, and equitable.