Jared Lockwood
53250-039
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

FILED
FEB 08 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

United States District Court
For The District Of Kansas

| Jared Lockwood, Plaintiff | Case No. 22-3027-SAC |
| V. | |
| Michael Smith | |
| D. Hudson, Warden | Emergency Request For |
| Kristine Aulepp, Defendants | Preliminary Injunction And |
| | Temporary Restraining Order |

Upon the complaint, the supporting declaration of plaintiff and the memorandum of law submitted herewith, plaintiff requests this court order defendants to show cause why a preliminary injunction should not issue pursuant to Rule 65(a) of the Federal Rules of Civil Procedure enjoining the defendants, their successors in office, agents and employees and all other persons acting in concert and participation with them, from allowing plaintiffs requests for medication assisted treatment and permitting immediate and proper treatment of plaintiffs opioid dependency and withdrawal symptoms using buprenorphine type medication that will allow detoxification with minimal physiological discomfort.

It is further requested that this court issue an immediate TRO restraining defendants, their officers, agents, employers, and all persons acting in concert or participation with them from denying immediate treatment of plaintiffs opioid dependency and withdrawal symptoms using Sublocade or a suitable alternative so as to allow detoxification and withdrawal with minimal to no physiological discomfort.

Date 2-3-2022

Jared Lockwood
53250-039
USP Leavenworth
P.O. BOX 1000
Leavenworth, KS 66048

United States District Court
For The District Of Kansas

| Jared Lockwood, Plaintiff<br>V.<br>Michael Smith<br>D. Hudson, Warden<br>Kristine Aulepp, Defendants | Case No. 22-3047-SAC<br><br>Declaration Of<br>Jared Lockwood |
|---|---|

Jared Lockwood hereby declares:

I have been incarcerated at USP Leavenworth since July of 2021. Since my arrival I have sought MAT (medication assisted treatment) care and all requests have essentially been ignored.

Due to Covid-19 the only "sick call" procedure available to me is the use of the email system. Memo's have been posted about being punished if I show up to medical unannounced.

I have been consistently requesting medical treatment since December 13th, 2021.

I have let multiple medical staff members know that i was in pain and in serious need of treatment.

Dr. Wiseman was made aware of my need for treatment on 12-13-2021 and contacted medical staff on my behalf.

Despite a recent inmate death due to opioid overdose, MAT is not a priority to medical staff or the administration.

I am being left to suffer through painful opioid withdrawals. On 12-14-2021 I threw up blood due to severe vomiting.

I am suffering immediate and irreparable injury and this denial of care is likely to continue.

I declare under penalty of perjury that foregoing is true and correct. Executed at Leavenworth, KS on February 3rd 2022.

Jared Lockwood

*[signature]*   2-3-2022

## SUPPORTING MEMORANDUM OF LAW

In 2019, a similarly situated inmate at USP Leavenworth was allowed MAT care using buprenorphine type medication. Crews v. Sawyer, Case No. 19-2541-JWB.

On November 5, 2019 the BOP issued technical guidance "expanding it's MAT program to include all FDA approved MAT medications currently available in the United States," including buprenorphine.

The BOP's expansion of it's MAT program was in, in part, to comply with the First Step Act. This Act requires that the BOP develop and implement "plans to expand access to evidence-based treatment for heroin and opioid abuse for prisoners, including access to medication-assisted treatment in appropriate cases." First Step Act, Pub. L. 115-391, 132 Stat. 5193, 5244 (2018).

The National Formulary Part I is a list of medication considered by BOP staff to provide drug therapy for inmates. Bop Medical care is provided in accordance with the Formulary, as well as agency policies, clinical guidance, and other medically-accepted practices. The Formulary provides, "Buprenorphine... [will only be approved for detoxification, NOT for pain or maintenance therapy." The Formulary also allows for flexibility in application when the proper channels are followed. Even when a medication is not on the BOP's Formulary, the medication can still be reviewed and approved when medically necessary.

The BOP's **Patient Care Manual** (Program Statement 6031.04) gives clinicians discretion to provide necessary care. It does not preclude long-term treatment of Opioid Use Disorder with Buprenorphine type medication. Treatment and supportive measures will permit withdrawal with minimal physiological discomfort."

Another federal inmate was prescribed buprenorphine while incarcerated in the BOP in 2020. Godsey v. Sawyer, Case No. C19-1498-RSM, (9th Cir. May 7th 2020).